CAVANAGH, J.
(dissenting). I agree with the rationale and proposed result of Justice Kelly’s dissent concluding that in this intermediate sanction cell case, Michigan’s sentencing guidelines are unconstitutional as applied. But I disagree with Justice KELLY with respect to the proposed cure for the constitutional violation. In my view, a bifurcated system in these types of cases would be overly taxing on the judiciary and the jury. Instead, I believe the sounder approach would be for the prosecution to charge the aggravating factors in the information and request a special verdict from the jury if the prosecution wants offense variable points assessed in these types of cases. And, if the prosecution fails to abide by this process, the trial court must give the intermediate sanction. Accordingly, this cure would be less burdensome on the criminal justice system, as well as ensure that a defendant’s constitutional rights are protected.